## James Thanapoulos, Plaintiff in Error, v. Tom Boumboulos, Defendant in Error.

### Gen. No. 18,174.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. PERRY L. PERSONS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Affirmed. Opinion filed October 15, 1913.

### Statement of the Case.

Replevin by James Thanapoulos against Tom Boumboulos to recover a horse, wagon and harness. From a judgment for defendant, plaintiff brings error.

PINES & NEWMANN, for plaintiff in error.

E. F. MASTERSON, for defendant in error.

MR. PRESIDING JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

REPLEVIN, § 124*—*sufficiency of evidence to support finding.* In replevin for a horse, wagon and harness, a finding that defendant was owner of the property, *held*, not contrary to the manifest weight of the evidence.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.